# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-06-00760-CR

**Yvonne Rodriguez Davila, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT
## NO. 05-714-K368, HONORABLE BURT CARNES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Yvonne Rodriguez Davila seeks to appeal a judgment of conviction for escape. The trial court has certified that Davila waived her right of appeal. The appeal is dismissed. *See* Tex. R. App. P. 25.2(d).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Dismissed for Want of Jurisdiction

Filed:   January 5, 2007

Do Not Publish